# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 16-00098-LPS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between all parties that the above-captioned case shall be dismissed with prejudice as to any and all claims made by any and all parties.

| | |
|---|---|
| /s/ George B. Codding | /s/ Laura D. Hatcher |
| George B. Codding II (DE Bar No. 5999) | Laura D. Hatcher (DE Bar No. 5098) |
| Lundy Law LLP | Assistant United States Attorney |
| 1600 Pennsylvania Avenue, Suite C | 1313 N. Market St., P.O. Box 2046 |
| Wilmington, DE 19806 | Wilmington, Delaware 19899-2046 |
| Telephone: 302-351-0770 | Telephone 302-573-6277 |
| gcodding@lundylaw.com | Laura.hatcher@usdoj.gov |
| | |
| Dated:  March 22, 2019 | Dated:  March 22, 2019 |